UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIKE LANGLEY,

      Plaintiff,

    v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 2:26-cv-00138-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's Complaint filed on January 15, 2026. ECF No. 1-1. Plaintiff did not pay the $405 filing fee required to commence a civil action; nor did he file an Application to Proceed *in forma pauperis* ("IFP"), which he must do under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he wishes to proceed without paying the required filing fee. In the absence of Plaintiff's payment of the filing fee or an application to proceed *in forma pauperis* that is granted, the Court will not consider Plaintiff's Complaint.

Accordingly, IT IS HEREBY ORDERED that no later than **March 9. 2026,** Plaintiff **must** pay the $405 filing fee to commence a civil action or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the Application to Proceed *in forma pauperis* by a non-prisoner together with the instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 5th day of February, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE